In the Matter of the Claim of LILLIAN PETRIE, Appellant, v. KIEWIT-JOHNSON & JOHNSON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.